146 So. 919

## Jack FRANKLIN v. STATE.
### 8 Div. 603.

Court of Appeals of Alabama.
Feb. 7, 1933.

SAMFORD, Judge.
Affirmed.

141 So. 920

## Jim FRANKLIN v. STATE.
### 6 Div. 195.

Court of Appeals of Alabama.
May 17, 1932.

SAMFORD, J.
Affirmed.

143 So. 926

## Clifford FRAZIER v. STATE.
### 6 Div. 346.

Court of Appeals of Alabama.
Aug. 8, 1932.

PER CURIAM.
Appeal dismissed by appellant.

141 So. 921

## Lewis FREEMAN v. STATE.
### 4 Div. 848.

Court of Appeals of Alabama.
April 12, 1932.

SAMFORD, J.
Appeal dismissed.

150 So. 923

## M. L. FRIEDMAN et al. v. STATE.
### 4 Div. 993.

Court of Appeals, of Alabama.
Nov. 14, 1933.

SAMFORD, Judge.
Appeal dismissed.

139 So. 915

## Willie FROST v. STATE.
### 8 Div. 513.

Court of Appeals of Alabama.
Feb. 9, 1932.

BRICKEN, P. J.
Affirmed.

148 So. 918

## Adus FULFORD v. STATE.
### 4 Div. 21.

Court of Appeals of Alabama.
June 8, 1933.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

144 So. 922

## Huse FULLER v. STATE.
### 4 Div. 915.

Court of Appeals of Alabama.
Nov. 15, 1932.

RICE, J.
Appeal dismissed.